■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER E. MARINO, Appellant. [55 NYS3d 671]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Braslow, J.), rendered December 2, 2014, convicting him of robbery in the second degree (four counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the sentence imposed was excessive (*see People v Sanders*, 25 NY3d 337, 340-341 [2015]; *People v Duchatellier*, 138 AD3d 887 [2016]; *People v Mason*, 119 AD3d 613 [2014]). Rivera, J.P., Chambers, Maltese and Barros, JJ., concur.